SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DEREK R. HAVEL, Cal. Bar No. 193464
GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
LAUREN D. THIBODEAUX, Cal. Bar No. 239997
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
rsimmons@sheppardmullin.com
dhavel@sheppardmullin.com
gdeboskey@sheppardmullin.com
lthibodeaux@sheppardmullin.com

Attorneys for Defendant KELLY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 to 10, inclusive,,<br><br>Defendants. | Case No.<br><br>**DEFENDANT KELLY SERVICES, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 3-16**<br><br>[Compliant Filed April 20, 2007]<br><br>Trial Date: None Set |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

-1-

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Defendant Kelly Services, Inc. ("Defendant"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Catherin E. Sullivan, plaintiff in this litigation;

2. Kelly Services, Inc., Defendant in this litigation.

Dated: May 29, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
RICHARD J. SIMMONS
DEREK R. HAVEL
GEOFF D. DEBOSKEY
LAUREN D. THIBODEAUX

Attorneys for Defendants
KELLY SERVICES, INC.

W02-WEST:1LDT1\400324120.1

DEFENDANT KELLY SERVICES, INC.'S
CERTIFICATE OF INTERESTED PARTIES
PURSUANT TO CIVIL LOCAL RULE 3-16

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **May 29, 2007**, I served the following document(s) described as **DEFENDANT KELLY SERVICES, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 3-16** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Eric A. Grover, Esq.              Tel: 415-453-1305
Jade Butman, Esq.
Keller Grover LLP
425 Second Street, Ste. 500
San Francisco, CA  94107

☒  **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 29, 2007**, at Los Angeles, California.

*/s/ Donna J. McCurdy*
Donna J. McCurdy

---

W02-WEST:1LDT1\400324120.1

DEFENDANT KELLY SERVICES, INC.'S
CERTIFICATE OF INTERESTED PARTIES
PURSUANT TO CIVIL LOCAL RULE 3-16

-3-