ORIGINAL
FILED

MAY 29 PM 1:56

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  DEREK R. HAVEL, Cal. Bar No. 193464
   GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
4  LAUREN D. THIBODEAUX, Cal. Bar No. 239997
   333 South Hope Street, 48th Floor
5  Los Angeles, California 90071-1448
   Telephone:  213-620-1780
6  Facsimile:  213-620-1398
   rsimmons@sheppardmullin.com
7  dhavel@sheppardmullin.com
   gdeboskey@sheppardmullin.com
8  lthibodeaux@sheppardmullin.com

9  Attorneys for Defendant KELLY SERVICES,
   INC.

E-Filing

FILED BY FAX
PURSUANT TO LOCAL RULES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 2784  JL

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 to 10, inclusive,,<br><br>Defendants. | Case No.<br><br>DECLARATION OF DEBRA JORDAN IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446<br><br>[Compliant Filed April 20, 2007]<br><br>Trial Date: None Set |

-1-

W02-WEST:1LDT1\400321102.1

DECLARATION OF DEBRA JORDAN IN
SUPPORT OF DEFENDANT KELLY
SERVICES, INC.'S NOTICE OF REMOVAL

## DECLARATION OF DEBRA JORDAN

I, Debra Jordan, declare as follows:

1. I am employed by Kelly Services, Inc. ("KSI") as its Senior Director, Payroll Administration. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. As KSI's Senior Director, Payroll, my duties and responsibilities include ensuring that Kelly Services, Inc.'s payroll is handled accurately and timely. Because of my duties and responsibilities, I have access to the files and related data for all of Kelly Services, Inc.'s employees.

3. KSI is a corporation organized under the laws of the State of Delaware with its principal place of business located in Troy, Michigan. KSI's corporate headquarters, where the majority of executive and administrative functions are performed, and corporate offices and executives are located in Michigan.

4. At the time of Plaintiff Catherine E. Sullivan's ("Plaintiff") employment with KSI as a temporary employee in 2006, KSI earned the majority of its revenue in states outside of California, and no single state generated an inordinately large proportion of its revenue. For example, only 11.6% of KSI's revenue was derived from California.

5. KSI's registered agent was served with a copy of the summons and Complaint on April 28, 2007.

-2-

W02-WEST:1LDT1\400321102.1

DECLARATION OF DEBRA JORDAN IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S NOTICE OF REMOVAL

6. In response to the Plaintiff's Complaint, I was instructed to conduct a preliminary internal review of our records relevant to the claims in Plaintiff's Complaint.

7. A search of KSI's internal employment records indicates that Plaintiff's most recent address is 160 Reservoir Road, San Rafael, California 94901.

8. A search of KSI's internal employment records reveals that the vast majority of putative class members *i.e.* employees whose temporary assignments ended in California within four years of the filing of this action, have a last known address located within the State of California.

9. Assuming Plaintiff's theory of liability is correct, KSI's internal review of its employee records has led to the determination that 277,380 temporary assignments ended in California within four years of the filing of this action up through May 18, 2007. In the calendar year 2006 alone, temporary assignments were completed by approximately 35,903 California-based employees who satisfy the definition of the class as defined in Paragraph 17 of the Complaint, *i.e.* employees whose temporary work assignments have ended in California within four years of the filing of this action.

10. At the time her employment ended, Plaintiff's hourly rate of pay was $23.75, therefore based on an 8 hour day, Plaintiff's daily rate of pay was $190.00.

11. Using Plaintiff's payment and employment data at the time her temporary assignment with KSI ended on August 11, 2006, and taking as a working assumption that Plaintiff's theory of liability in the First Cause of Action of her Complaint is correct, which KSI denies, Plaintiff's waiting time penalties pursuant to Labor Code § 203 would be $950.00.

-3-

1        I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3
4        Executed May 29, 2007, at Troy,
5  MICHIGAN.
6
7
8                                                   *Debra Jordan*
9                                                   Debra Jordan

-4-

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **May 29, 2007**, I served the following document(s) described as **DECLARATION OF DEBRA JORDAN IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Eric A. Grover, Esq.  
Jade Butman, Esq.  
Keller Grover LLP  
425 Second Street, Ste. 500  
San Francisco, CA  94107  

Tel: 415-453-1305

☒ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 29, 2007**, at Los Angeles, California.

_____  
Donna J. McCurdy

---

-5-

W02-WEST:1LDT1\400321102.1

DECLARATION OF DEBRA JORDAN IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S NOTICE OF REMOVAL