Eric A. Grover, Esq. (SBN 136080)
eagrover@kellergrover.com
Jade Butman, Esq. (SBN 235920)
jbutman@kellergrover.com
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Attorneys for Plaintiff
Catherine E. Sullivan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KELLY SERVICES, INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 07-CV-02784-JL<br><br>(Alameda Co. Superior Court Case No. RG 07-321759)<br><br><u>CLASS ACTION</u><br><br>**DEMAND FOR JURY TRIAL**<br><br>Action Filed in State Court April 20, 2007 |

---

DEMAND FOR JURY TRIAL    CASE NO. C-07-02784-JL

1   Plaintiff Catherine E. Sullivan hereby demands trial by jury in this action.

2

3   Dated:  June 4, 2007                    Respectfully submitted,

4                                           **KELLER GROVER LLP**

5

6                                           By: _____/S/_____
                                                ELIZABETH A. ACEVEDO
7                                               Attorneys for Plaintiff
                                                Catherine E. Sullivan
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  _____1_____
DEMAND FOR JURY TRIAL                                    CASE NO. C-07-02784-JL