Eric A. Grover (SBN 136080)
eagrover@kellergrover.com
Jade Butman (SBN 235920)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself, and all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>KELLY SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No.: 3:07-CV-02784 JL<br><br>CLASS ACTION<br>**PLAINTIFF SULLIVAN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(Pursuant to Northern District of California Civil Local Rule 3-16)** |

PLAINTIFF SULLIVAN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  June 5, 2007                    Respectfully submitted,

KELLER GROVER LLP


By: _____/s/_____
           Jade Butman

Attorneys for Plaintiff
Catherine E. Sullivan

---
1
PLTF SULLIVAN'S CERT. OF INTERESTED ENTITIES OR PERSONS  CASE NO:3:07-CV-2784 JL