1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  DEREK R. HAVEL, Cal. Bar No. 193464
   GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
4  LAUREN D. THIBODEAUX, Cal. Bar No. 239997
   333 South Hope Street, 48th Floor
5  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
6  Facsimile:    213-620-1398
   rsimmons@sheppardmullin.com
7  dhavel@sheppardmullin.com
   gdeboskey@sheppardmullin.com
8  lthibodeaux@sheppardmullin.com

9  Attorneys for Defendant KELLY SERVICES,
   INC.

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13 | CATHERINE E. SULLIVAN, on behalf of | **Case No. C-07-2784 JL**
   | herself and all others similarly situated, |
14 |                                            | **DEFENDANT KELLY SERVICES,**
   | Plaintiff,                                 | **INC.'S PROOF OF SERVICE OF**
15 |                                            | **DOCUMENTS:**
   | v.                                         |
16 |                                            | 1. **ORDER SETTING INITIAL CASE**
   | KELLY SERVICES, INC., and DOES 1 to        |    **MANAGEMENT CONFERENCE**
17 | 10, inclusive,,                            |    **AND ADR DEADLINES (Exh. A);**
   |                                            | 2. **ADR DISPUTE RESOLUTION**
18 | Defendants.                                |    **PROCEDURES IN THE**
   |                                            |    **NORTHERN DISTRICT OF**
19 |                                            |    **CALIFORNIA (Exh. B)**
   |                                            | 3. **NOTICE OF ASSIGNMENT OF**
20 |                                            |    **CASE TO A US MAGISTRATE**
   |                                            |    **JUDGE FOR TRIAL; AND**
21 |                                            |    **CONSENT TO PROCEED BEFORE**
   |                                            |    **A US MAGISTRATE JUDGE;**
22 |                                            |    **DECLINATION TO PROCEED**
   |                                            |    **BEFORE A MAGISTRATE JUDGE**
23 |                                            |    **(Exh. C);**
   |                                            | 4. **ECF REGISTRATION**
24 |                                            |    **INFORMATION HANDOUT  (Exh.**
   |                                            |    **D)**
25 |                                            | 5. **GUIDELINES RECEIVED FROM**
   |                                            |    **US DISTRICT COURT, SAN**
26 |                                            |    **FRANCISCO (Exh. E)**

27                                              **[Compliant Filed April 20, 2007]**

28                                              **Trial Date:  None Set**