ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
**KELLER GROVER LLP**
425 Second St., Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Attorneys for Plaintiff
CATHERINE SULLIVAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: CV 07-02784 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN CASE DEADLINES SET BY CASE MANAGEMENT ORDER** |

The parties, through their respective counsel, hereby stipulate as follows, and mutually request the Court to approve this Stipulation and enter its Order accordingly:

**STIPULATION**

WHEREAS Plaintiff filed the Complaint herein on April 20, 2007 and subsequently filed a First Amended Complaint on July 27, 2007, and Defendant appeared and answered when it removed the case to this Court;

WHEREAS an initial case management conference was held on September 11, 2007;

WHEREAS at the initial case management conference the Court set a deadline of February 22, 2008 for the cut off of class certification discovery and a deadline of May 22, 2008 for the filing of a motion for class certification;

WHEREAS the parties have exchanged initial disclosures and engaged in formal discovery such as requesting and producing documents, propounding interrogatories, noticing depositions of persons most knowledgeable, and appearing for Plaintiff's deposition;

WHEREAS although Defendant has worked diligently to provide discovery responses, meet and confer over the discovery response, and provide supplemental responses, such efforts have taken longer than anticipated by the parties;

WHEREAS the parties have been working cooperatively to keep the process of discovery moving along;

WHEREAS despite the parties best efforts to comply with the deadlines set by the initial case management order, the parties need additional time to adequately complete class certification discovery and need to extend the deadline for Plaintiff to file her motion for class certification;

WHEREAS Defendant intends to seek an order of Summary Judgment, pursuant to Federal Rule of Civil Procedure, Rule 56 on the First Amended Complaint filed by Plaintiff and shall not present, in support of its request for Summary Judgment, any evidence proffered by experts;

1  WHEREAS the parties have mutually agreed to extend the deadline for completing
2  class certification discovery and the deadline for filing Plaintiff's motion for class certification;
3  THEREFORE, the parties request that the Court set a date for hearing Defendant's
4  motion for summary judgment on or after April 24, 2008.  The parties further stipulate that the
5  deadline for completing class certification discovery that is currently scheduled for February 22,
6  2008 should be continued until May 22, 2008; the deadline to file Plaintiff's motion for class
7  certification that is currently set for May 22, 2008 should be continued until June 23, 2008; and
8  the hearing date for Plaintiff's class certification motion that is currently set for June 26, 2008
9  should be continued to July 31, 2008.  Further, the deadline for initial class certification expert
10 witness disclosures that is currently scheduled for March 21, 2008 should be continued to April
11 24, 2008; the deadline for rebuttal class certification expert witness disclosure that is currently
12 scheduled for April 12, 2008 should be continued until May 15, 2008; and the deadline for
13 completion of class certification expert discovery that is currently scheduled for May 2, 2008
14 should be continued until June 3, 2008, all to allow the parties to adequately complete discovery.

Dated: January 16, 2008            **KELLER GROVER LLP**


By: _____/s/_____
       ERIC A. GROVER
       Attorneys for Plaintiff
       Catherine Sullivan


Dated: January 16, 2008            **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**


By: _____/s/_____
       DEREK HAVEL
       GEOFFREY D. DEBOSKEY
       LAUREN D. THIBODEAUX
       Attorneys for Defendant
       Kelly Services, Inc.

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED THAT Defendant's motion for summary judgment shall be heard on or after April 24, 2008. The deadline for completing class certification discovery that is currently scheduled for February 22, 2008 shall be continued until May 22, 2008; the deadline to file Plaintiff's motion for class certification that is currently set for May 22, 2008 shall be continued until June 23, 2008; and the hearing date for Plaintiff's class certification motion that is currently set for June 26, 2008 shall be continued to July 31, 2008. Further, the deadline for initial class certification expert witness disclosures that is currently scheduled for March 21, 2008 shall be continued to April 24, 2008; the deadline for rebuttal class certification expert witness disclosure that is currently scheduled for April 12, 2008 shall be continued until May 15, 2008; and the deadline for completion of class certification expert discovery that is currently scheduled for May 2, 2008 shall be continued until June 3, 2008 .

Date: _____          _____
                                       CLAUDIA WILKEN
                                       United States District Court Judge