ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
**KELLER GROVER LLP**
425 Second St., Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Attorneys for Plaintiff
CATHERINE SULLIVAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY SERVICES, INC., and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: CV 07-02784 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES SET BY CASE MANAGEMENT ORDER AS MODIFIED** |

1  The parties, through their respective counsel, hereby stipulate as follows, and
2  mutually request the Court to approve this Stipulation and enter its Order accordingly:

**STIPULATION**

4  WHEREAS Plaintiff filed the Complaint herein on April 20, 2007 and
5  subsequently filed a First Amended Complaint on July 27, 2007, and Defendant appeared and
6  answered when it removed the case to this Court;

7  WHEREAS an initial case management conference was held on September 11,
8  2007;

9  WHEREAS at the initial case management conference the Court set a deadline of
10  February 22, 2008 for the cut off of class certification discovery and a deadline of May 22, 2008
11  for the filing of a motion for class certification;

12  WHEREAS the parties have exchanged initial disclosures and engaged in formal
13  discovery such as requesting and producing documents, propounding interrogatories, noticing
14  depositions of persons most knowledgeable, and appearing for Plaintiff's deposition;

15  WHEREAS although Defendant has worked diligently to provide discovery
16  responses, meet and confer over the discovery response, and provide supplemental responses, such
17  efforts have taken longer than anticipated by the parties;

18  WHEREAS the parties have been working cooperatively to keep the process of
19  discovery moving along;

20  WHEREAS despite the parties best efforts to comply with the deadlines set by the
21  initial case management order, the parties need additional time to adequately complete class
22  certification discovery and need to extend the deadline for Plaintiff to file her motion for class
23  certification;

24  WHEREAS Defendant intends to seek an order of Summary Judgment, pursuant to
25  Federal Rule of Civil Procedure, Rule 56 on the First Amended Complaint filed by Plaintiff and
26  shall not present, in support of its request for Summary Judgment, any evidence proffered by
27  experts;

28

-1-

1 WHEREAS the parties have mutually agreed to extend the deadline for completing class certification discovery and the deadline for filing Plaintiff's motion for class certification;

THEREFORE, the parties request that the Court set a date for hearing Defendant's motion for summary judgment on or after April 24, 2008. The parties further stipulate that the deadline for completing class certification discovery that is currently scheduled for February 22, 2008 should be continued until May 22, 2008; the deadline to file Plaintiff's motion for class certification that is currently set for May 22, 2008 should be continued until June 23, 2008; and the hearing date for Plaintiff's class certification motion that is currently set for June 26, 2008 should be continued to July 31, 2008. Further, the deadline for initial class certification expert witness disclosures that is currently scheduled for March 21, 2008 should be continued to April 24, 2008; the deadline for rebuttal class certification expert witness disclosure that is currently scheduled for April 12, 2008 should be continued until May 15, 2008; and the deadline for completion of class certification expert discovery that is currently scheduled for May 2, 2008 should be continued until June 3, 2008, all to allow the parties to adequately complete discovery.

Dated: January 16, 2008        **KELLER GROVER LLP**

By: _____/s/_____
    ERIC A. GROVER
    Attorneys for Plaintiff
    Catherine Sullivan

Dated: January 16, 2008        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: _____/s/_____
    DEREK HAVEL
    GEOFFREY D. DEBOSKEY
    LAUREN D. THIBODEAUX
    Attorneys for Defendant
    Kelly Services, Inc.

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED THAT the deadline for completing class certification discovery that is currently scheduled for February 22, 2008 shall be continued until May 22, 2008; the deadline to file Plaintiff's motion for class certification that is currently set for May 22, 2008 shall be continued until June 23, 2008; and the hearing date for Plaintiff's class certification motion that is currently set for June 26, 2008 shall be continued to July 31, 2008. Further, the deadline for initial class certification expert witness disclosures that is currently scheduled for March 21, 2008 shall be continued to April 24, 2008; the deadline for rebuttal class certification expert witness disclosure that is currently scheduled for April 12, 2008 shall be continued until May 15, 2008; and the deadline for completion of class certification expert discovery that is currently scheduled for May 2, 2008 shall be continued until June 3, 2008. **Ordinarily, the Court entertains only one summary judgment motion from defendants in a case. If Defendant is prepared to bring its sole case-dispositive motion this early in the case, and Plaintiffs so stipulate, Defendant may notice it on or after April 24, 2008. If Defendant proposes to bring such an early motion, while reserving permission also to make a later motion, it must seek the Court's permission to do so, with a motion or stipulation, explaining how such a procedure would further judicial economy.**

Date: 1/17/08

CLAUDIA WILKEN
United States District Court Judge