IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATHERINE SULLIVAN,

    Plaintiff,

  v.

KELLY SERVICES, INC.,

    Defendant.
_____/

No. C 07-02784 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

    Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated:  1/29/08

CLAUDIA WILKEN
United States District Judge

cc: Wings; Assigned M/J w/mo.