UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SULLIVAN,<br><br>   Plaintiff(s),<br><br> v.<br><br>KELLY SERVICES,<br><br>   Defendant(s). | No. C07-2784 CW (BZ)<br><br>**SCHEDULING ORDER** |

Plaintiff's motion to compel discovery has been referred to me. **IT IS THEREFORE ORDERED** as follows:

1. Defendant shall file its opposition by **February 13, 2008.**

2. Plaintiff shall file a reply by **February 20, 2008.**

3. If the court determines that a hearing is necessary, it will schedule one.

Dated: January 31, 2008

          _____
          Bernard Zimmerman
          United States Magistrate Judge

G:\BZALL\-REFS\SULLIVAN V. KELLY\SCHEDULING ORDER.wpd

1