UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CATHERINE SULLIVAN, | ) | |
| Plaintiff(s), | ) | No. C07-2784 CW (BZ) |
| v. | ) | **INITIAL DISCOVERY ORDER** |
| KELLY SERVICES, | ) | |
| Defendant(s). | ) | |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

```
 1  The party seeking discovery shall request a conference in a
 2  letter **filed electronically** not exceeding two pages (with no
 3  attachments) which briefly explains the nature of the action
 4  and the issues in dispute.  Other parties may reply in similar
 5  fashion within two days of receiving the letter requesting the
 6  conference.  The Court will contact the parties to schedule
 7  the conference.
 8      After the conference with the Court, if filing papers is
 9  deemed necessary, they should be filed **electronically** with the
10  Clerk's Office, with **one hard copy delivered directly to**
11  **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
12  chambers copy of all briefs shall be submitted on a diskette
13  formatted in WordPerfect 6, 8, 9 ,10, or may be e-mailed to
14  the following address: bzpo@cand.uscourts.gov
15  Dated: January 31, 2008
16
17                          _____
                                    Bernard Zimmerman
                              United States Magistrate Judge
18
19  G:\BZALL\-REFS\SULLIVAN V. KELLY\INITIAL DISC ORDER.wpd
```