SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DEREK R. HAVEL, Cal. Bar No. 193464
GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
LAUREN D. THIBODEAUX, Cal. Bar No. 239997
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
rsimmons@sheppardmullin.com
dhavel@sheppardmullin.com
gdeboskey@sheppardmullin.com
lthibodeaux@sheppardmullin.com

Attorneys for Defendant KELLY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 TO 10, inclusive,<br><br>          Defendants. | Case No. CV 07-02784 CW (BZ)<br><br>[Compliant Filed April 20, 2007]<br><br>**DECLARATION OF LAUREN D. THIBODEAUX IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S OPPOSITION TO PLAINTIFF CATHERINE SULLIVAN'S MOTION TO COMPEL DISCOVERY**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Bernard Zimmerman<br>Courtroom.: TBD |

-1-

# DECLARATION OF LAUREN D. THIBODEAUX

I, Lauren D. Thibodeaux, declare as follows:

1.  I am an attorney licensed to practice law in all the courts of the State of California. I am an associate with the law firm of Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Kelly Services, Inc. ("Kelly") in the action entitled <u>Catherine E. Sullivan v. Kelly Services, Inc.</u>, U.S.D.C. Northern District Case No. CV 07-02784 CW (BZ). The following facts are based on my personal knowledge and if called and sworn to testify as a witness I could and would competently testify thereto.

2.  On May 29, 2007, Defendant Kelly Services, Inc. ("Kelly") removed this action from the Superior Court of the State of California for the County of Alameda to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Debra Jordan, Kelly's Senior Director, Payroll Administration, signed a declaration in support of Kelly's Notice of Removal wherein she declared that an estimated 277,380 Kelly temporary assignments ended during Plaintiff Catherine Sullivan's proposed four year class period and approximately 35,903 California-based temporary employees completed temporary assignments in the calendar year 2006. A true and correct copy of Ms. Jordan's signed declaration is attached hereto as Exhibit "A."

1       I declare under penalty of perjury under the laws of the State of
2 California that the foregoing is true and correct.

4       Executed February 13, 2008, at Los Angeles, California.

                                                  *[signature]*
                                                Lauren D. Thibodeaux

W02-WEST:1LDT1\400708047.1       DECLARATION OF LAUREN D. THIBODEAUX IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

EXHIBIT "A"

/2007 12:16 FAX 4158646238     WESTERN_ATTORNEY                    ☒001/005

ORIGINAL FILED
MAY 29 PM 1:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  DEREK R. HAVEL, Cal. Bar No. 193464
   GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
4  LAUREN D. THIBODEAUX, Cal. Bar No. 239997
   333 South Hope Street, 48th Floor
5  Los Angeles, California 90071-1448
   Telephone:  213-620-1780
6  Facsimile:   213-620-1398
   rsimmons@sheppardmullin.com
7  dhavel@sheppardmullin.com
   gdeboskey@sheppardmullin.com
8  lthibodeaux@sheppardmullin.com

9  Attorneys for Defendant KELLY SERVICES,
   INC.

FILED BY FAX PURSUANT TO LOCAL RULES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 2784

15  CATHERINE E. SULLIVAN, on behalf of      Case No.
    herself and all others similarly situated,
16                                            DECLARATION OF DEBRA JORDAN
        Plaintiff,                            IN SUPPORT OF DEFENDANT
17                                            KELLY SERVICES, INC.'S NOTICE
        v.                                    OF REMOVAL OF ACTION
18                                            PURSUANT TO 28 U.S.C. §§ 1332,
    KELLY SERVICES, INC., and DOES 1 to       1441, AND 1446
19  10, inclusive,,
                                              [Compliant Filed April 20, 2007]
20      Defendants.
                                              Trial Date: None Set

W02-WEST:1LDT1\400321102.1            -1-              DECLARATION OF DEBRA JORDAN IN
                                                       SUPPORT OF DEFENDANT KELLY
                                                       SERVICES, INC.'S NOTICE OF REMOVAL

# DECLARATION OF DEBRA JORDAN

I, Debra Jordan, declare as follows:

1. I am employed by Kelly Services, Inc. ("KSI") as its Senior Director, Payroll Administration. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. As KSI's Senior Director, Payroll, my duties and responsibilities include ensuring that Kelly Services, Inc.'s payroll is handled accurately and timely. Because of my duties and responsibilities, I have access to the files and related data for all of Kelly Services, Inc.'s employees.

3. KSI is a corporation organized under the laws of the State of Delaware with its principal place of business located in Troy, Michigan. KSI's corporate headquarters, where the majority of executive and administrative functions are performed, and corporate offices and executives are located in Michigan.

4. At the time of Plaintiff Catherine E. Sullivan's ("Plaintiff") employment with KSI as a temporary employee in 2006, KSI earned the majority of its revenue in states outside of California, and no single state generated an inordinately large proportion of its revenue. For example, only 11.6% of KSI's revenue was derived from California.

5. KSI's registered agent was served with a copy of the summons and Complaint on April 28, 2007.

6. In response to the Plaintiff's Complaint, I was instructed to conduct a preliminary internal review of our records relevant to the claims in Plaintiff's Complaint.

7. A search of KSI's internal employment records indicates that Plaintiff's most recent address is 160 Reservoir Road, San Rafael, California 94901.

8. A search of KSI's internal employment records reveals that the vast majority of putative class members *i.e.* employees whose temporary assignments ended in California within four years of the filing of this action, have a last known address located within the State of California.

9. Assuming Plaintiff's theory of liability is correct, KSI's internal review of its employee records has led to the determination that 277,380 temporary assignments ended in California within four years of the filing of this action up through May 18, 2007. In the calendar year 2006 alone, temporary assignments were completed by approximately 35,903 California-based employees who satisfy the definition of the class as defined in Paragraph 17 of the Complaint, *i.e.* employees whose temporary work assignments have ended in California within four years of the filing of this action.

10. At the time her employment ended, Plaintiff's hourly rate of pay was $23.75, therefore based on an 8 hour day, Plaintiff's daily rate of pay was $190.00.

11. Using Plaintiff's payment and employment data at the time her temporary assignment with KSI ended on August 11, 2006, and taking as a working assumption that Plaintiff's theory of liability in the First Cause of Action of her Complaint is correct, which KSI denies, Plaintiff's waiting time penalties pursuant to Labor Code § 203 would be $950.00.

-3-

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 29, 2007, at Troy MICHIGAN.

_____
Debra Jordan

-4-

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **May 29, 2007**, I served the following document(s) described as **DECLARATION OF DEBRA JORDAN IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Eric A. Grover, Esq.            Tel: 415-453-1305
Jade Butman, Esq.
Keller Grover LLP
425 Second Street, Ste. 500
San Francisco, CA  94107

☒ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 29, 2007**, at Los Angeles, California.

*/s/ Donna J. McCurdy*
Donna J. McCurdy

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **February 13, 2008**, I served the following document(s) described as **DECLARATION OF LAUREN D. THIBODEAUX IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S OPPOSITION TO PLAINTIFF CATHERINE SULLIVAN'S MOTION TO COMPEL DISCOVERY** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Eric A. Grover, Esq.  
Valerie Sharpe, Esq.  
Jade Butman, Esq.  
Keller Grover LLP  
425 Second Street, Ste. 500  
San Francisco, CA 94107  

Tel: 415-543-1305  
Fax: 415-543-7861  

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 13, 2008**, at Los Angeles, California.

_____  
Corina Aguilar

W02-WEST:1LDT1\400322298.2

-9-