ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
**KELLER GROVER LLP**
425 Second St., Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Attorneys for Plaintiff
CATHERINE SULLIVAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated, | Case No.: CV 07-02784 CW |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |
| KELLY SERVICES, INC., and DOES 1 through 10 inclusive, | |
| Defendants. | |

1   Pursuant to Federal Rule of Evidence 201(b), Plaintiff Catherine Sullivan, on behalf of herself and all other similarly situated, hereby requests that the Court take judicial notice of the websites for the following businesses: Broadspire (www.choosebroadspire.com), Crawford and Company (www.crawfordandcompany.com) and Sedgwick CMS (www.sedgwickcms.com). Attached as Exhibit A are relevant website pages showing the types of services third parties offer employers for managing workers' compensation and disability claims. The website pages also show the types of software programs that are available for tracking such claims.

The fact that such companies and services exist are adjudicative facts, making the website pages appropriate for judicial notice. The website pages showing the company's respective services are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *Caldwell v. Caldwell*, 420 F. Supp. 2d 1102, 1105 n.3 (N.D. Cal. 2006); *Caldwell v. Caldwell*, 2006 U.S. Dist. LEXIS 13688, at *11 (N.D. Cal. March 13, 2006) ("websites and their contents may be proper subjects for judicial notice."); *Coremetrics, Inc. v. Atomic Park.Com LLC*, 370 F. Supp. 2d 1013, 1021 (N.D. Cal. 2005) (taking judicial notice of a party's website for facts about how its on-line business operated).

Dated: February 20, 2008                             KELLER GROVER LLP


                                                      _____/s/_____
                                                       VALERIE L. SHARPE
                                                       Attorneys for Plaintiff
                                                       CATHERINE E. SULLIVAN

EXHIBIT A

Home > Workers' Comp and Liability Claim > Workers' Compensation   Careers  Contact Us



WORKERS' COMP AND LIABILITY | MEDICAL MANAGEMENT | DISABILITY | ABOUT US | NEWS

## Workers' Compensation Claim Management

Broadspire understands the human and financial toll that employee injuries can have on a business. That's why we are dedicated to providing a package of superior claims services designed to ease the negative impact of workers' compensation claims.

Our integrated services help guide employees back to health and help employers reduce claim costs.

- help reduce claim costs by simplifying the claim reporting process
- Medical bill review audits detect overcharges, as well as unnecessary and duplicate charges
- Special investigations unit aggressively combats fraud to help reduce loss experience
- Preferred Provider Network delivers high-quality care at contracted discounts
- Medical management professionals help injured employees receive the proper care and return to work when medically appropriate

Our programs can be customized to meet your needs. Contact us to learn more about workers' compensation claim management solutions.

Site Map   Search   Terms and Conditions          © 2007 Broadspire Services, Inc.

Home > Workers' Comp and Liability Claim > RMIS                                    Careers  Contact Us



WORKERS' COMP AND LIABILITY | MEDICAL MANAGEMENT | DISABILITY | ABOUT US | NEWS

## Risk Management Information Systems

Broadspire not only provides comprehensive claim services, we also can effectively consolidate, manage, report and forecast losses. We offer two industry-leading risk management information systems, Broadspire STARS and Sigma Encore, which is available through Risk Sciences Group, a wholly owned subsidiary of Crawford & Company.

Site Map    Search    Terms and Conditions         © 2007 Broadspire Services, Inc.



WORKERS' COMP AND LIABILITY | MEDICAL MANAGEMENT | DISABILITY | ABOUT US | NEWS

Careers  Contact Us

## Disability Management

Through its partnership with Aetna Life Insurance Company, a wholly owned subsidiary of Aetna Inc., Broadspire offers leave of absence (LOA), FMLA/state leaves, short-term disability and long-term disability programs. As one of the nation's leading diversified benefits companies, serving approximately 28.3M people, Aetna is an industry leader in the delivery of disability administration, absence management and integrated benefits

Aetna's core disability services provide market-leading claim management and reporting capabilities from its state-of-the-art Workability® system. As all disabilities are health events related to injury or illness, Aetna takes a return-to-health/return-to-work approach to managing disability claims. The company's clinically based disability model ensures that duration guidelines are fact-based with objective benchmarks.

The return-to-work evaluation process begins at the initial assessment of the claim. From the first notification of an absence to a successful return to work, Aetna's clinically focused claim management process helps employees return to optimal health and back to work as soon as it is safe and appropriate.

Every disability claim is reviewed by members of the Aetna team, which includes nurses, physicians, medical directors, behavioral health specialists and vocational rehabilitation experts, to help ensure that applied case management resources are best suited to meet the claimant's needs.

### Absence Management Programs

*Family and Medical Leave Act (FMLA) Administration*

Aetna understands the nuances of leave management as evidenced in its expertise in managing all types of leaves including federal and state leave, sick leave, paid time off (PTO), vacation, jury duty, intermittent leave and other incidental absences.

For the convenience of our client base, Aetna uses all four types of calendars in its leave management administration: calendar year, fiscal year that is off calendar year basis, rolling 12 month period beginning with start of FMLA, and rolling 12 month period beginning at the end of FMLA.

Federal, state and company leave of absence intake is available 24 hours a day, seven days a week through Aetna's interactive voice response system (IVR) and Workability, the company's Web-based absence management system. The Workability claim administration system can track time away from work down to increments of one minute.

It also houses updated state FMLA leave laws related to each state's specific benefit, time available and benefit period. Workability automatically keeps updated account balance information based on this data. The system also houses state-specific FMLA reason and relationship laws.

*Leave of Absence*

Aetna provides a variety of leave types for our clients including many non-benefited leaves that have differing eligibility/approval parameters and durations. The Workability system is used to receive leave of absence claims, administer claims, and provide reports to our clients.

*Behavioral Health Unit*

Aetna uses in-house resources to address the complexity of psychiatric and psychological disabilities. Individuals with mental illness disabilities will have intensive case management including direct contact by Behavioral Health Unit (BHU) specialists. The BHU also addresses claims that involve multiple providers, frequent interventions, medication

management, and complex return to work issues.

Other unique case management issues include dealing with employees who become a threat to themselves or others, employees who go out on disability as a result of work conflicts or job dissatisfaction, as well as treating providers who have difficulty submitting objective evidence to support a psychiatric disability.

Aetna's in-house Behavioral Health Unit includes a licensed master's level director, two licensed master's level supervisors, eight registered nurses with psychiatric expertise and fifteen master's degreed mental health specialists (licensed social workers and licensed mental health counselors) who have an extensive range of mental health clinical expertise.

Let us help you reduce your disability-associated expenses. Call 1-866-830-2383 or contact us

Site Map   Search   Terms and Conditions         © 2007 Broadspire Services, Inc.



UNITED STATES   Stock Quote: CRDA 4.00 0.29 CRDB 4.65 0.28 (20 min. delay)   February 20, 2008



United States
Home/Services

Investor Relations
Billing Policies
Office Locator
Media Center
E-Library

Search



2007 Readers Choice
**Business Insurance**
Best Third-Party Claims Administrator

webawa
2007
Insurance
Standard
of
Excellence

# Workers' Compensation Claims Administration

*Delivering consistent workers' compensation management coast to coast.*

Missing your injured employees? Our workers' compensation claims administration gets injured employees back to work fast by relieving the most common headaches facing the workers' compensation industry today including:

- Rising workers' compensation loss costs
- Lost productivity
- Late identification of significant issues
- Clear overall claim goals
- Reserve rationale
- Tactical vs. strategic procedures
- Severity creep
- Inconsistent claims processing

To address these issues, we combined technology, strategic planning, and professional expertise to create the revolutionary new claims process outlined below.

### Claims *Advantage*

Claims *Advantage*, a proprietary web-based application powered by e-Triage®, addresses core problems such as inconsistency in claim practices and failure to identify complex files early in the life of the claim. By using a multi-tiered interview process backed by scientific evidence-based research, Claims Advantage functions as an effective decision support system that guides our claims professionals through the interview process. It identifies potential complications before they develop and recommends specific actions for optimal management.

### Strategic Plan of Action

After reviewing the issues and recommendations, our claims professionals work with medical advisers, subject matter experts, and supervisors as needed to develop a Strategic Plan of Action. Clear, concise plans can shorten claim duration and lead to better medical care and lower costs. Our strategic plans set a goal and identify all of the steps required to effectively achieve the stated goal. They include:

- Goal setting
- Timelines
- Medical management objectives
- Litigation strategy
- Tactics
- Reserve rationale



**Additional Services**

Liability Management

Medical Management



Crawford Claims ADVANTAGE

### Medical Advisers

Medical advisers work in tandem with claims professionals, nurse case managers, injured employees and clients to facilitate successful return to employment and claim resolution. They lend their medical expertise whenever necessary to ensure each claim is optimally managed. Additionally, they provide:

- Medical analysis of Claims Advantage interviews
- Medical diagnosis, treatment plans, and medication research
- Strategic Plan of Action consultation
- Ongoing communication regarding any medical issues

Moreover, our service includes access to the largest, wholly-owned offering of specialized support services in the industry. This means we can handle any claim, regardless of complexity, from start to finish, leading to faster claim closure rates, reduced litigation, and lower total cost.



### Committed to Excellence

Our Quality Program ensures that we meet the highest standards of claims adjudication and reporting in every branch, nationwide. By monitoring and actively promoting the application of our clients' and our own standards, we empower Crawford claims professionals to produce consistently high-quality work. In our continued efforts to provide Excellence In Everything We Touch, we also conduct a SAS 70 Type II Audit semi-annually.

### Contact Us

To find out how our revolutionary claims process provides consistent, quality claims processing that can lead to faster claim closure rates, reduced litigation, and lower total cost for your business, contact your local Broadspire sales representative.







## Risk Management Information Systems

### We Manage a World of Data

Crawford Integrated Services not only offers comprehensive claim services, we can also effectively consolidate, manage, report, and forecast losses. We can collect and analyze claims data continuously using our market-leading proprietary risk management information systems (RMIS).

Visit Risk Sciences Group, our wholly-owned subsidiary, to learn more about our RMIS solutions.





**Additional Services**

Liability Management

Medical Management

Workers' Compensation Claims Administration



Insurance Standard of Excellence

Global Home  |  U.S. Home  |  About Crawford  |  Directories  |  Investor Relations  |  Billing Policies  |  Office Locator  |  News  |  E-Library  |  Careers  |  Contact Us  |
© Crawford & Company 2007 | Terms and Conditions | Privacy Statement



**Sedgwick CMS**

Wednesday, February 20, 2008

Sedgwick CMS > Services > Workers' Compensation

- Home
- About Sedgwick CMS
- Services
- Client Resources
- Claimant Resources
- Provider Resources
- Industry Resources
- Career Resources
- News & Information
- Contact

## Workers' Compensation Services

Sedgwick Claims Management Services, Inc. (Sedgwick CMS) has established industry leading best practices for workers' compensation claims services based on years of experience and expertise. These best practices were created for one primary purpose - to maximize results for our clients. Sedgwick CMS continuously analyzes and challenges our best practices to identify opportunities for process improvement.



### Workers' compensation practice group

Sedgwick CMS' dedicated workers' compensation practice group oversees the continuous improvement to our established best practices. This group of experienced colleagues analyzes new statutory or case law requirements and introduces changes to our work processes when necessary. They also work with our account management group to identify improvement opportunities and serve as an industry knowledge resource to Sedgwick CMS' clients and internal teams.

### Customization

Sedgwick CMS is dedicated to working with our clients to create customized solutions tailored to meet their individual claims objectives. Our experience and flexibility enables the adaptation of proven best practices to meet new challenges. One example of this capacity is our ability to create dedicated/designated adjuster staffing structures based in regional or local offices, thereby leveraging economies of scale through regional claims administration. We also base adjusters close to a client's operations if necessary to assure compatibility with the client's business structures.

### Quality

Sedgwick CMS has developed a total performance management approach to quality that translates the vision and goals of our client partners into systems and tools that:

- Direct the efforts of our service professionals through alignment with specific client priorities
- Measure the effectiveness of performance by confirming the achievement of benchmarks that support
client objectives and address gaps immediately as they occur
- Continuously enhance the performance of our colleagues through our national network of full-time
total performance managers

Sedgwick CMS' total performance management approach to quality is emphasized daily through our dedicated total performance managers, the customized colleague portal, and Sedgwick CMS University Claims College.

### Total performance managers



Sedgwick CMS has developed a network of dedicated quality specialists to work directly with our colleagues to provide the training, coaching, and problem-solving support necessary to ensure that quality is the primary focus of our claims management services. The total performance managers are stationed in offices across the country. Their objective is to monitor ongoing compliance with our best practices, measure trends, and provide meaningful feedback and training to our colleagues, ensuring continuous quality improvement.

### Customized colleague portal

We developed a customized colleague portal that provides daily updates on job-critical information. The portal provides the following:

- Client-specific access to account service expectations
- Function-specific updates from practice leaders and account management

We have undertaken this challenge to invest in the development of colleagues who are just out of college or who have a few years of practical business experience in any field. In Phase One of their program, Claims College recruits attend a residential program designed to prepare them to step in and begin applying quality claims skills based on our high standards. All graduates receive intensive training and must pass a series of tests in order to graduate to Phase Two.

In Phase Two, participating colleagues move to the office in which they will be based. Phase Two, which lasts for three months, couples remote learning assignments and periodic testing with intensive mentoring of the Claims College participants. Most specific jurisdictional training is conducted in Phase Two. At this stage, trainees are assigned a light caseload that is gradually increased to full level under supervision of their mentor.

Upon completion of Phase Two of their training, colleagues are tested for mastery of Sedgwick CMS' claims management best practices and industry knowledge. Trainees who successfully complete this test then move to increasing responsibilities and participate in an additional eight months of less intensive mentoring. Trainees who do not complete this rigorous program but demonstrate good work habits and a capacity for effective performance in entry level jobs may apply for available positions matching their qualifications.

**System support**

Sedgwick CMS' proprietary claims management system, JURIS ®, was designed to maximize flexibility, ease of use, and value of analysis for our colleagues and our clients. JURIS' flexibility offers customized client service instructions and data fields, anticipating our clients' needs regarding data capture. JURIS also has a robust reporting capability, anticipating our clients' needs and expectations relative to data reporting. The JURIS system also incorporates a time tracking module, which gives us the ability to capture absence management data.

We also provide our clients with the ability to access their claims information online through our viaOne ® suite of services. Access can be provided as view-only, or clients can utilize the viaOne query function, which allows them to add to the notes and diaries to our adjusters and run standard and customized ad hoc reports.

**Integration**

The robust capabilities of the JURIS claims management information system give Sedgwick CMS the ability to integrate each of our product offerings, including workers' compensation, liability, disability, and OSHA services, providing streamlined, seamless solutions to meet each of our clients' risk management needs.

Back to Top

Terms & Conditions · Feedback    © 2007 Sedgwick Claims Management Services, Inc.

**Sedgwick CMS**

Wednesday, February 20, 2008

Home
About Sedgwick CMS
Services
Client Resources
Claimant Resources
Provider Resources
Industry Resources
...

Sedgwick CMS > Services > Disability

## Integrated Disability Management Services

The Sedgwick Claims Management Services, Inc. (Sedgwick CMS) commitment to disability is unrivaled in the claims industry. We are the largest provider of ASO services, offering a combination of services integrating short- and long-term disability claims management, workers' compensation, leave administration, and supporting ancillary services designed to improve productivity and reduce costs. Our appeal to employers results from our focus on highly customized, integrated absence management programs.

We continuously enrich our intellectual capital through interactions with sophisticated clients and maintain leadership roles in the Disability Management Employer Coalition (DMEC), the National Business Group on Health (NBGH), and the Integrated Benefits Institute (IBI), which keeps us on the cutting edge of absence and productivity management.

### Our approach & model for delivery



We are the only administrator with a solid focus on tailoring our risk, disability, FMLA, and absence management services to the unique needs of each of our clients. The culture of our organization is driven by client satisfaction, quality, and results. We expect to be evaluated on successfully accomplishing these objectives and delivering industry best practices for each of our clients. Based on these best practice solutions, we have developed a model to ensure that our client's needs are met.

Our philosophy is to consider both duration and return to work issues in the management of disability cases. The success of the program requires the participation of the employer, employee, and treatment providers and includes the assessment of medical evidence as well as the functional, vocational, and motivational aspects of the disability. The key components of our approach are detailed below.

**Early notification.**
Sedgwick CMS provides a common intake of all claims through a single source via toll-free first report, faxing capabilities, or online through viaOne® intake.

**Accurate triage at the time of claim notification.**
This ensures timely, efficient assignment to the appropriate resource, as well as an early decision about medical management intervention. Claims that meet pre-defined triggers benefit from early, assertive medical case management. This process ensures that acute cases are assigned the appropriate treatment immediately.

**The right resources at the right time.**
Deployment of medically and administratively driven action/resolution plans involving specialty support groups (EAP, independent medical examinations, vocational rehabilitation, physician advisor, SSDI, etc.) when needed, keeping the focus on applying the right resources at the right time during the claim.

**Evidence based tools.**
Consistent and ongoing disability duration management leverages evidence based tools.

**Return to work initiatives.**
Established expectations for timely return to work with major emphasis on employee specific return to work initiatives, including rehabilitation and job accommodation.

**Seamless transition of claims.**
Seamless transition relieves employees of the burden of filing a new application upon becoming eligible for FMLA, LTD, or any other type of available absence.

**Ensures proper offsets.**
Our ability to integrate plan design with statutory and regulated disability and workers' compensation claims assures proper offsets including SSDI advocacy, which begins informally during our initial investigation and continues through the life of the claim.

**Establishment of true partnership.**
Our Total Performance Management quality program builds close partnerships with clients

jurisdictions we must work within to deliver excellence and great value. Sedgwick CMS educates clients through seminars, news bulletins, and consultation to ensure that we are prepared to meet new legislative challenges together.

## Systems

To meet the growing needs of our clients and the marketplace, Sedgwick CMS has developed and integrated the provision of absence administration into our claims administration service offering. Intake for disability, FMLA, and other absence types is received through our internal call center. This common intake requires only one call to initiate a STD claim, a FMLA leave, and/or a casual absence.



Sedgwick CMS' Total Absence Management System (TAMS) allows absences to be monitored and managed based on JURIS® off-work entries made during the beginning stages of a disability claim. TAMS can track FMLA, state specific leaves, or casual absences such as jury duty and military leaves, all of which may run concurrently depending on eligibility and the reason for leave. Our online system, viaOne, gives managers and HR representatives access to view live data and to add comments or notes for the examiners or specialists.

The system offers complete tracking of FMLA leaves and is able to calculate both used and remaining federal leave entitlement and program calendar FMLA type (rolling twelve month period, calendar, other fixed twelve month period, or twelve month period from first absence). Additionally, through use of the viaOne suite of services, clients can review both state and federal leave regulations online. We employ FMLA specialists who ensure that these regulations are updated in the system as they change.

Through the JURIS system, Sedgwick CMS is able to separate FMLA time associated with STD and/or workers' compensation claims and those not related to other claims. TAMS also tracks and monitors intermittent time-off.

Back to Top

Terms & Conditions · Feedback   © 2007 Sedgwick Claims Management Services, Inc.



**Sedgwick CMS**

Wednesday, February 20, 2008

Home
About Sedgwick CMS
Services
Client Resources
Claimant Resources
Provider Resources
Industry Resources
Career Resources
News & Information
Contact

Home

Sedgwick CMS > Client Resources > viaOne Access



On-line Claims Information
Productivity Tools for Employers

The viaOne® suite of web-based tools provides convenient on-line access to the claims information and user-controlled data management and reporting capabilities of the Sedgwick CMS JURIS® claims information system. Sedgwick CMS clients who elect viaOne options can conveniently report new claims, enter notes, view and track claims information, manage OSHA reporting, and generate customized reports over the Internet.

### View
ViaOne® view is a platform-independent, web-based application for viewing and analyzing data from JURIS®. It streamlines the login and software update process, making access to JURIS® information much easier for users.

### Query
The viaOne® query function is a tool used to create standard and ad-hoc JURIS reports. In addition to having more standard reports for output, viaOne Query also allows users to run multiple reports or extracts for the same criteria - at the same time!

### FMLA
TAMS/FMLA is a comprehensive database in JURIS® that tracks employee absences and efficiently manages the absence data. Clients can view this information in viaOne® FMLA. It streamlines numerous complex processes into a simple, easy-to-follow workflow, making employee absence management quicker, easier and more accurate.

### Analysis
ViaOne® analysis is the data warehouse portal used for custom quantitative and qualitative data extraction. With advanced reporting, charting and comparison tables, viaOne analysis makes the science of slicing and dicing data simple.

### OSHA
ViaOne® OSHA is a comprehensive database used to aid in OSHA recordkeeping. The system is designed to keep the employee information needed to maintain accurate OSHA records easily accessible and well organized.

### Intake
ViaOne® intake is a process of reporting and collecting claims information. This intake process allows for the immediate activation of appropriate resources to handle claims quickly and efficiently while controlling claim costs!

Terms & Conditions · © 2007 Sedgwick Claims Management Services, Inc.
Feedback