SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DEREK R. HAVEL, Cal. Bar No. 193464
GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
LAUREN D. THIBODEAUX, Cal. Bar No. 239997
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
rsimmons@sheppardmullin.com
dhavel@sheppardmullin.com
gdeboskey@sheppardmullin.com
lthibodeaux@sheppardmullin.com

Attorneys for Defendant KELLY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>KELLY SERVICES, INC., and DOES 1 TO 10, inclusive,<br><br>            Defendants. | Case No. CV 07-02784 CW<br><br>[Compliant Filed April 20, 2007<br><br>**DEFENDANT KELLY SERVICES, INC.'S SUR REPLY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**<br><br>[Filed concurrently with Declaration of Lauren D. Thibodeaux; Declaration of Michael J. Tilley; and Declaration of Matthew Harvill]<br><br>Date:    TBD<br>Time:    TBD<br>Judge:   Hon. Bernard Zimmerman<br>Ctrm:    TBD<br><br>Trial Date: None Set |

Defendant Kelly Services, Inc. ("Kelly") hereby submits this Sur Reply In Support of Its Opposition to Plaintiff's Motion to Compel based on newly acquired information that was not available to Kelly at the time it filed its Opposition papers as follows:

-1-

1    Plaintiff Catherine E. Sullivan's ("Plaintiff") Motion to Compel
2 Discovery from Defendant Kelly Services, Inc. ("Kelly" or "the Company") seeks to
3 force Kelly to locate and provide Plaintiff with documents regarding all instances
4 between January 1, 1997 and the present when Kelly took the position before the
5 California Unemployment Insurance Appeals Board ("CUIAB"), the Employment
6 Development Department ("EDD"), and the Workers' Compensation Appeals Board
7 ("WCAB") that a California temporary employee was not entitled to benefits
8 because his or her employment had ended.  Kelly, by way of its opposition brief,
9 sought to demonstrate that the burden to produce this information would not be
10 outweighed by any benefit to Plaintiff.

11    Kelly has worked diligently to perform an internal inquiry regarding
12 the parameters of the burden that responding to Plaintiff's requests would require.
13 Declaration of Lauren D. Thibodeaux ("Thibodeaux Decl.") ¶ 2.  This diligent
14 inquiry continued, in good faith, even after the filing of Kelly's opposition brief in
15 the instant matter.  Id.  Although Kelly was aware that the burden was real at the
16 time it filed its opposition, the Company's ongoing efforts to identify any and all
17 means by which the requested information could ostensibly be identified is now
18 complete.  The results of this inquiry have established that such an endeavor would
19 be monumentally difficult, if not impossible, to undertake.

20    The Company has now established that it can only obtain the
21 information that Plaintiff seeks by conducting an extensive manual search.  In this
22 respect, Kelly has secured the Declarations of Michael J. Tilley and Matthew
23 Harvill.  These declarations comport with the information presented in Kelly's
24 opposition brief and serve to further clarify and provide insight into the
25 extraordinarily time consuming, manual search of tens of thousands of records
26 which would be involved should Plaintiff's request for relief be granted.

Specifically, Kelly does not have the capability to electronically gather the information or documents sought by Plaintiffs. Declaration of Michael J. Tilley ("Tilley Decl.") ¶¶ 3,6; Declaration of Matthew Harvill ("Harvill Decl.") ¶ 5. Rather, in order to provide Plaintiff with documents responsive to her request, Kelly would be forced to perform a manual search of its employee files. Tilley Decl. ¶ 8; Harvill Decl. ¶ 5. To provide Plaintiff with documents from the last ten years related to each time Kelly took the position before the WCAB that an employee was not entitled to benefits because he or she was no longer employed by the Company, Kelly would be required to search through 2,608 claim files, which would take approximately 217 hours. Tilley Decl. ¶ 11. To provide Plaintiff with similar documents related to Kelly's position before the EDD and the CUIAB, Kelly would be required to search through approximately 35,000 paper files, which would take approximately 5,833 hours. Harvill Decl. ¶ 5.

When compared to the relatively minor benefit any such information may arguably add to this case, these declarations establish that the extraordinarily high burden associated with the discovery requests supports Kelly's position that Plaintiff's request for relief should be denied. Kelly respectfully submits that it would be improper for the temporary delay in obtaining this detailed information to result in the undertaking of a massive discovery project that is clearly unduly burdensome. Therefore, Kelly requests that the Court consider these declarations in its determination of Plaintiff's Motion to Compel.

Dated: February 27, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
RICHARD J. SIMMONS
DEREK R. HAVEL
GEOFFREY D. DEBOSKEY
LAUREN D. THIBODEAUX

Attorneys for Defendant KELLY SERVICES, INC.

ROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **February 27, 2008**, I served the following document(s) described as **DEFENDANT KELLY SERVICES, INC.'S SUR REPLY IN SUPPORT OF ITS OPPOSITION TO MOTION TO COMPEL** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Eric A. Grover, Esq.           Tel: 415-543-1305
Valerie Sharpe, Esq.           Fax: 415-543-7861
Keller Grover LLP
425 Second Street, Ste. 500
San Francisco, CA  94107

[x]  ELECTRONIC E-MAIL pursuant to the ECF E-Filing Guidelines and General Order No. 45

[x]  **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 27, 2008**, at Los Angeles, California.

_____
Donna J. McCurdy

W02-WEST:1LDT1\400322298.2             -1-