```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DEREK R. HAVEL, Cal. Bar No. 193464
GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
LAUREN D. THIBODEAUX, Cal. Bar No. 239997
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:  213-620-1780
Facsimile:   213-620-1398
rsimmons@sheppardmullin.com
dhavel@sheppardmullin.com
gdeboskey@sheppardmullin.com
lthibodeaux@sheppardmullin.com

Attorneys for Defendant KELLY
SERVICES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 to 10, inclusive,,<br><br>Defendants. | Case No. CV 07-02784 CW (BZ)<br><br>[Compliant Filed April 20, 2007]<br><br>**DECLARATION OF LAUREN D. THIBODEAUX IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S SUR REPLY TO PLAINTIFF CATHERINE SULLIVAN'S MOTION TO COMPEL DISCOVERY**<br><br>[Filed concurrently with Defendant's Sur Reply; Declaration of Michael J. Tilley; and Declaration of Matthew Harvill]<br><br>Date:    TBD<br>Time:    TBD<br>Judge:   Hon. Bernard Zimmerman<br>Courtroom.:  TBD<br><br>Trial Date: None Set |

-1-

DECLARATION OF LAUREN THIBODEAUX IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S SUR REPLY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

<u>DECLARATION OF LAUREN D. THIBODEAUX</u>

I, Lauren D. Thibodeaux, declare as follows:

1. I am an attorney licensed to practice law in all the courts of the State of California. I am an associate with the law firm of Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Kelly Services, Inc. ("Kelly") in the action entitled <u>Catherine E. Sullivan v. Kelly Services, Inc.</u>, U.S.D.C. Northern District Case No. CV 07-02784 CW (BZ). The following facts are based on my personal knowledge and if called and sworn to testify as a witness I could and would competently testify thereto.

2. Kelly has worked diligently to perform an internal inquiry regarding the parameters of the burden that responding to Plaintiff's requests would require. Due to the press of business, and in an effort to close all possible avenues of inquiry, Kelly's good faith inquiry continued beyond the filing of its opposition to Plaintiff's Motion. Kelly's diligent efforts to pursue all possible means of collecting the requested information are now completed. As a result of this ongoing inquiry, the true nature of the extraordinary burden Kelly would have to assume in order to produce the documents was only recently specifically identified. The results of these efforts are explained in the attached declarations.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 27, 2008, at Los Angeles, California.

_____
Lauren D. Thibodeaux

-2-

DECLARATION OF LAUREN THIBODEAUX IN
SUPPORT OF DEFENDANT KELLY SERVICES,
INC.'S SUR REPLY IN SUPPORT OF ITS OPPOSITION
TO PLAINTIFF'S MOTION TO COMPEL

ROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **February 27, 2008**, I served the following document(s) described as **DECLARATION OF LAUREN D. THIBODEAUX IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S SUR REPLY TO PLAINTIFF CATHERINE SULLIVAN'S MOTION TO COMPEL DISCOVERY** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Eric A. Grover, Esq.                         Tel: 415-543-1305
Valerie Sharpe, Esq.                         Fax: 415-543-7861
Keller Grover LLP
425 Second Street, Ste. 500
San Francisco, CA  94107

☒    ELECTRONIC E-MAIL pursuant to the ECF E-Filing Guidelines and General Order No. 45

☒    **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 27, 2008**, at Los Angeles, California.

*/s/ Donna J. McCurdy*
Donna J. McCurdy

W02-WEST:1LDT1\400322298.2              -1-