SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DEREK R. HAVEL, Cal. Bar No. 193464
GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
LAUREN D. THIBODEAUX, Cal. Bar No. 239997
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
rsimmons@sheppardmullin.com
dhavel@sheppardmullin.com
gdeboskey@sheppardmullin.com
lthibodeaux@sheppardmullin.com

Attorneys for Defendant KELLY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 to 10, inclusive,,<br><br>Defendants. | Case No. CV 07-02784 CW (BZ)<br><br>[Compliant Filed April 20, 2007]<br><br>**DECLARATION OF MATTHEW HARVILL IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S SUR REPLY TO PLAINTIFF CATHERINE SULLIVAN'S MOTION TO COMPEL DISCOVERY**<br><br>[Filed concurrently with Defendants' Sur Reply; Declaration of Lauren D. Thibodeaux; and Declaration of Michael J. Tilley]<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Bernard Zimmerman<br>Courtroom.: TBD<br><br>Trial Date: None Set |

-1-

# DECLARATION OF MATTHEW HARVILL

I, Matthew Harvill, declare as follows:

1. I am employed by Kelly Services, Inc. ("Kelly") as its Vice President, Unemployment Compensation. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. As Kelly's Vice President, Unemployment Compensation, my duties and responsibilities include monitoring unemployment compensation claims filed by present and former Kelly employees for all states in which Kelly does business. Because of my duties and responsibilities, I have access to the files and related data for all of the unemployment compensation claims filed by Kelly employees in California.

3. I estimate that approximately 20,000 unemployment compensation claims are filed with the Employment Development Department ("EDD") by Kelly employees in California per year. Of those, I estimate that Kelly protests approximately 25% of the claims to the initial phase of EDD adjudication before the California Unemployment Insurance Appeals Board ("CUIAB"). Therefore, in order to cover the ten year span requested by Plaintiff, I estimate that approximately 5,000 files per year, or 50,000 files for a ten-year period, would have to be searched in order to provide responsive documents. Within each file, Kelly would have to determine if Kelly took the position before the CUIAB that a California temporary employee was not entitled to benefits because his or her employment had ended, as requested by Plaintiff Catherine E. Sullivan ("Plaintiff").

-2-

4. Kelly maintains electronic records of the unemployment compensation claims filed by its employees using an online claim processing software supported by Talx Company. This software allows Kelly to run electronic queries to determine the number of unemployment claims filed per year that name Kelly as the employer and the number of files protested by Kelly.

5. To gather the raw data regarding the number of claims filed and the number of files protested from January 1, 1997 to the present would take my department approximately two working days, or 16 hours. To find more detailed information regarding the reasons why Kelly protested the claim, one would have to perform a manual search of the paper files for each employee who filed an unemployment compensation claim. These paper files are maintained for seven years only. Paper files for the claims filed in the last two years are stored in Kelly's offices in Troy, Michigan. Paper files for the preceding five years are stored offsite. I estimate that it would take at least 10 minutes to review each file and determine the detailed reason why Kelly protested a claim. Therefore, it would take approximately 5,833 hours to review the approximately 35,000 files Kelly has maintained for the last seven years. This estimate does not include the time it would take to remove files from offsite storage, to sort the files, or to return the files once the review is completed.

6. Claims for short term disability that are filed with the EDD are treated differently than claims for unemployment compensation. Short term disability claims are paid out either by California State Disability Insurance or by Kelly's voluntary insurance plan. When an employee files such a claim, the California laws governing short term disability are followed to determine which insurance plan is responsible for the payments. Kelly does not maintain copies of these records as they are housed with a third party administrator.

-3-

1      I declare under penalty of perjury under the laws of the State of
2  California that the foregoing is true and correct.

4      Executed February ___, 2008, at Troy, Michigan.

*/s/ Matthew Harvill*

Matthew Harvill

-4-

ROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **February 27, 2008**, I served the following document(s) described as **DECLARATION OF MATTHEW HARVILL IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S SUR REPLY TO PLAINTIFF CATHERINE SULLIVAN'S MOTION TO COMPEL DISCOVERY** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Eric A. Grover, Esq.  Tel: 415-543-1305
Valerie Sharpe, Esq.  Fax: 415-543-7861
Keller Grover LLP
425 Second Street, Ste. 500
San Francisco, CA  94107

☒ ELECTRONIC E-MAIL pursuant to the ECF E-Filing Guidelines and General Order No. 45

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 27, 2008**, at Los Angeles, California.

_____
Donna J. McCurdy

W02-WEST:1LDT1\400322298.2                    -1-