1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  DEREK R. HAVEL, Cal. Bar No. 193464
   GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
4  LAUREN D. THIBODEAUX, Cal. Bar No. 239997
   333 South Hope Street, 48th Floor
5  Los Angeles, California  90071-1448
   Telephone:  213-620-1780
6  Facsimile:  213-620-1398
   rsimmons@sheppardmullin.com
7  dhavel@sheppardmullin.com
   gdeboskey@sheppardmullin.com
8  lthibodeaux@sheppardmullin.com

9  Attorneys for Defendant KELLY
   SERVICES, INC.

10

11

12                   UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15  CATHERINE E. SULLIVAN, on            Case No. CV 07-02784 CW (BZ)
    behalf of herself and all others similarly
16  situated,                            [Compliant Filed April 20, 2007]

17  Plaintiff,                           **DECLARATION OF MICHAEL J.
                                         TILLEY IN SUPPORT OF
18  v.                                   DEFENDANT KELLY SERVICES,
                                         INC.'S SUR REPLY TO PLAINTIFF
19  KELLY SERVICES, INC., and DOES       CATHERINE SULLIVAN'S
    1 to 10, inclusive,,                 MOTION TO COMPEL
20                                       DISCOVERY**
    Defendants.
21                                       [Filed concurrently with Defendants'
                                         Sur Reply; Declaration of Lauren D.
22                                       Thibodeaux; and Declaration of
                                         Matthew Harvill]
23
                                         Date:        TBD
24                                       Time:        TBD
                                         Judge:       Hon. Bernard
25                                                    Zimmerman
                                         Courtroom.:  TBD
26
                                         Trial Date:  None Set
27

28
                                    -1-

## DECLARATION OF MICHAEL J. TILLEY

I, Michael J. Tilley, declare as follows:

1.      I am employed by Kelly Services, Inc. ("Kelly") as its Vice President, Workers' Compensation.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      As Kelly's Vice President, Workers' Compensation, my duties and responsibilities include monitoring Workers' Compensation claims filed by Kelly employees for all states in which Kelly does business.  Because of my duties and responsibilities, I have access to the files and related data for all of the Workers' Compensation claims filed by all of Kelly's employees.

3.      A multi-step process would be required to obtain documents regarding when, between January 1, 1997 and the present, Kelly has taken the position with the Workers' Compensation Appeals Board ("WCAB") that a California temporary employee was not entitled to benefits because his or her employment had ended, as requested by Plaintiff Catherine E. Sullivan ("Plaintiff").

4.      In order to determine which employees filed a Workers' Compensation claim in California between January 1, 1997 and the present, I can run an electronic query using the CSSTARS system, a purchased application that has been used by Kelly since 1992 to capture all Workers' Compensation claims filed by a Kelly employee in the United States.  From this query, I can distinguish between "medical only" Workers' Compensation claims and "lost time" Workers' Compensation claims.

-2-

1          5.     Because "medical only" claims do not involve time away from

2     work, for the purposes of this lawsuit, only "lost time" claims would be considered.

3     I ran a query on the CSSTARS system and learned that, as of January 31, 2008,

4     2,608 "lost time" claims were filed during the specified time frame in California.

5     Through the CSSTARS system, I also have access to electronic data regarding the

6     name of the claimant, whether any payments were made to the claimant, any diary

7     entries made regarding the claimant, and whether the file remains open or has been

8     closed.

9

10          6.     Kelly does not maintain electronic records of whether a claim

11    was brought before the WCAB.  For those claims that were appealed to the WCAB,

12    Kelly does not maintain electronic records regarding what position Kelly took

13    before the WCAB.

14

15          7.     The paper files for all Workers' Compensation claims in

16    California are maintained by a third party administrator located in California.  Until

17    January 1, 2005, Kelly's third party administrator was CNA Financial Corporation.

18    Since January 1, 2005, Kelly's third party administrator has been ESIS, Inc., which

19    is a subsidiary of Ace Insurance.   I spoke with representatives from both third party

20    administrators and learned that, similar to Kelly, these administrators do not have

21    electronic means of determining whether a claim went before the WCAB.

22    Moreover, neither of the third party administrators keep electronic records regarding

23    what position Kelly took before the WCAB for those claims that were brought

24    before the WCAB.

25

26          8.     Therefore, in order to learn whether any of these 2,608 "lost

27    time" claims were appealed before the WCAB, one would have to look through all

28    of the paper files for each of the 2,608 claimants.

-3-

DECLARATION OF MICHAEL J. TILLEY IN
SUPPORT OF DEFENDANT KELLY
SERVICES, INC.'S NOTICE OF REMOVAL

1    9.    Upon learning of Plaintiff's document request, I asked Richard

2 Duggan, a member of my staff in Orange, California, to contact the WCAB to

3 inquire as to whether a search can be run by the WCAB according to employer to

4 inform us of those employees whose claims were brought before the WCAB.  Mr.

5 Duggan was informed by an Information and Assistance Officer at the Sacramento

6 WCAB that the WCAB system does not have the capability to do this.   Therefore, a

7 manual search of the 2,608 "lost time" claims would need to be performed in order

8 to determine which went before the WCAB.

9

10    10.    Once one was able to determine how many of the 2,608 "lost

11 time" claims were appealed to the WCAB, a further review of the paper files would

12 need to be performed to determine whether it was Kelly's position during the appeal

13 that an employee was not entitled to benefits because his or her employment with

14 Kelly had ended.

15

16    11.    Based on my knowledge of the Workers' Compensation files

17 maintained for Kelly by the third party administrators, I estimate that it would take

18 approximately 5 minutes to search each file to determine whether it went before the

19 WCAB.  Therefore, to search each of the 2,608 files, would take approximately 217

20 hours.  This estimate does not include any time needed for file retrieval from archive

21 storage, arranging the files by employee name or file number, or re-filing the

22 records subsequent to review.  This estimate also does not include any assistance

23 that may be needed from a claim representative or supervisor in order to find the

24 specific information that Plaintiff has requested.  Therefore, this process would be

25 time consuming, costly, and generally arduous for Kelly to obtain the documents

26 that Plaintiff has requested.

27

28
-4-

1       I declare under penalty of perjury under the laws of the State of California

2  that the foregoing is true and correct.

3

4       Executed February 25, 2008, at Troy, Michigan.

5

6

7                 Michael J Tilley

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

W02-WEST:1LDT1\400719001.1

ROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **February 27, 2008**, I served the following document(s) described as **DECLARATION OF MICHAEL J. TILLEY IN SUPPORT OF DEFENDANT KELLY SERVICES, INC.'S SUR REPLY TO PLAINTIFF CATHERINE SULLIVAN'S MOTION TO COMPEL DISCOVERY** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Eric A. Grover, Esq.                 Tel:  415-543-1305
Valerie Sharpe, Esq.                 Fax:  415-543-7861
Keller Grover LLP
425 Second Street, Ste. 500
San Francisco, CA  94107

☒    ELECTRONIC E-MAIL pursuant to the ECF E-Filing Guidelines and General Order No. 45

☒    **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 27, 2008**, at Los Angeles, California.

_____
Donna J. McCurdy

W02-WEST:1LDT1\400322298.2                 -1-