ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
**KELLER GROVER LLP**
425 Second St., Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Attorneys for Plaintiff
CATHERINE SULLIVAN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: CV 07-02784 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN CASE DEADLINES SET BY CASE MANAGEMENT ORDER** |

The parties, through their respective counsel, hereby stipulate as follows, and mutually request the Court to approve this Stipulation and enter its Order accordingly:

## STIPULATION

WHEREAS Plaintiff filed the Complaint herein on April 20, 2007 and subsequently filed a First Amended Complaint on July 27, 2007, and Defendant appeared and answered when it removed the case to this Court;

WHEREAS an initial case management conference was held on September 11, 2007 and the Court set a deadline of February 22, 2008 for the cut off of class certification discovery and a deadline of May 22, 2008 for the filing of a motion for class certification;

WHEREAS the parties exchanged initial disclosures and promptly commenced formal discovery such as requesting and producing documents, propounding interrogatories, noticing depositions of persons most knowledgeable, and appearing for Plaintiff's deposition;

WHEREAS although Defendant worked diligently to provide discovery responses, met and confered over discovery responses and provided supplemental responses, such efforts took longer than anticipated by the parties;

WHEREAS despite the parties best efforts to comply with the deadlines set by the initial case management order, on January 16, 2008, the parties stipulated to an extension of the deadlines set by the initial case management order;

WHEREAS pursuant to the parties' stipulation, on January 17, 2008, this Court ordered that the deadlines set in the initial case management order be continued by 90 days;

WHEREAS since January 17, 2008, the parties have worked cooperatively to keep the discovery process moving forward by engaging in ongoing meet and confer efforts regarding various of Plaintiff's document requests and the dates on which Plaintiff could depose Defendant's

1

STIPULATION AND [PROPOSED] ORDER
EXTENDING CERTAIN CASE DEADLINES

Case No. CV-07-02784 CW

persons most knowledgeable and by commencing the deposition of Defendant's persons most knowledgeable on March 20, 2008;

WHEREAS on January 28, 2008, Plaintiff filed a motion to compel certain documents requested in her First Request for Production of Documents;

WHEREAS on March 4, 2008 Magistrate Judge Zimmerman ruled on Plaintiff's Motion to Compel and ordered Defendant to produce certain of the documents requested by Plaintiff;

WHEREAS production of said documents is time consuming and involves Defendant's coordination with third party vendors and, as a result, Defendant will not be able to comply with the Court's March 4, 2008 Order until the end of April 2008;

WHEREAS Plaintiff is awaiting production of the documents that are the subject of the Court's March 4, 2008 Order in order to obtain testimony on numerous of the subject matters covered in her Notice of Taking the Deposition of the Persons Most Knowledgeable;

WHEREAS after deposing the corporate representative produced by Defendant on March 20, 2008, it was determined by the parties that production of at least one additional witness would be necessary in order to adequately address all of the subject matters covered in the Notice of Taking the Deposition of the Persons Most Knowledgeable;

WHEREAS Defendant has recently determined that the corporate representatives it will need to produce in order to enable Plaintiff to complete her deposition of the persons most knowledgeable are located in Michigan and it will, therefore, be necessary for counsel to travel to Michigan at some point after May 1, 2008 (i.e., after Defendant has produced all documents subject to the March 4, 2008 Order);

WHEREAS despite the parties best efforts to comply with the deadlines set by the January 17, 2008 scheduling order, the parties still need additional time in order to adequately

2

STIPULATION AND [PROPOSED] ORDER  
EXTENDING CERTAIN CASE DEADLINES

Case No. CV-07-02784 CW

complete class certification discovery and need to extend the deadline for Plaintiff to file her Motion for Class Certification;

WHEREAS the parties have mutually agreed to extend the deadline for completing class certification discovery and the deadline for filing Plaintiff's motion for class certification by 105 days;

THEREFORE, the parties stipulate that the deadline for completing class certification discovery currently scheduled for May 22, 2008 should be continued to September 4, 2008; the deadline to file Plaintiff's motion for class certification currently set for June 23, 2008 should be continued to October 6, 2008; and the hearing date for Plaintiff's class certification motion currently set for July 31, 2008 should be continued to November 14, 2008, all to allow the parties to adequately complete discovery.

Dated: April 30, 2008            **KELLER GROVER LLP**

By: /s/
ERIC A. GROVER
Attorneys for Plaintiff
Catherine Sullivan

Dated: April 29, 2008            **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: _____
DEREK HAVEL
GEOFFREY D. DEBOSKEY
LAUREN D. THIBODEAUX
Attorneys for Defendant
Kelly Services, Inc.

3

STIPULATION AND [PROPOSED] ORDER                    Case No. CV-07-02784 CW
EXTENDING CERTAIN CASE DEADLINES

## ORDER

Good cause appearing, IT IS HEREBY ORDERED THAT the deadline for completing class certification discovery that is currently scheduled for May 22, 2008 shall be continued until September 4, 2008; the deadline to file Plaintiff's motion for class certification that is currently set for June 23, 2008 shall be continued until October 6, 2008; and the hearing date for Plaintiff's class certification motion that is currently set for July 31, 2008 shall be continued to November 14, 2008.

Date: _____        _____
                                     CLAUDIA WILKEN, JUDGE
                                     United States District Court