# Exhibit B

# Exhibit B



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

333 South Hope Street | 48th Floor | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

Writer's Direct Line: 213-617-5582
lthibodeaux@sheppardmullin.com

February 1, 2008

Our File Number: 0NRF-130879

**VIA FACSIMILE AND U.S. MAIL**
Valerie L. Sharpe, Esq.
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, California 94107

Re:    Sullivan v. Kelly Services, Inc.

Dear Valerie:

This shall serve as a response to your January 31, 2008 meet and confer letter regarding Defendant Kelly Services, Inc.'s ("Kelly") Objections to Plaintiff Catherine Sullivan's ("Plaintiff") PMK deposition notices. As I informed you by email on January 30, 2008, our client contact has recently departed Kelly. This client contact was working with us to identify the persons within Kelly who would best provide the information requested in Plaintiff's PMK deposition notices. Therefore, because Kelly is going through an internal change, we cannot precisely forecast when we will be able to provide you with dates for the PMK depositions. However, we will work diligently to provide you dates as soon as possible, and we are meeting with our client again on Monday with the hope of identifying individuals and clearing dates.

Kelly does plan to provide a PMK witness(es) in response to Plaintiff's First PMK deposition notice. We also plan to provide relevant, non-privileged documents responsive to your requests which are in the PMK(s)' possession, custody, or control.

Consistent with Kelly's prior representation in response to Plaintiff's Request for Production of Documents, Set One, Kelly will not provide witnesses for the subjects list in Plaintiff's Second PMK deposition notice. Therefore, Kelly is maintaining its objections as to these subject areas and document requests.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Valerie L. Sharpe, Esq.
February 1, 2008
Page 2

      We sincerely apologize for the delay in providing dates for the PMK deposition(s). Again, we will continue to work diligently to provide you with dates as soon as possible. Please feel free to contact me if you would like to discuss this matter further.

      Sincerely,

      Lauren D. Thibodeaux

      for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:1LDT1\400697055.1

cc:    Derek R. Havel

       Geoffrey D. DeBoskey