# Exhibit D

# Exhibit D

**From:** Derek Havel [DHavel@sheppardmullin.com]
**Sent:** Friday, May 30, 2008 3:17 PM
**To:** Valerie Sharpe
**Cc:** Geoff DeBoskey; Eric A. Grover
**Subject:** Re: Sullivan Amended Complaint

Valerie,

Please send over the proposed stipulation on the amended complaint so that I have something to show my client. I apologize for the delay on this and we will work to provide you with an answer by Monday at noon. Geoff will need to confirm the depo dates, but I also believe they work.

----- Original Message -----
From: Valerie Sharpe <vsharpe@kellergrover.com>
To: Derek Havel
Cc: Geoff DeBoskey; 'Eric A. Grover' <eagrover@KellerGrover.com>
Sent: Fri May 30 14:09:02 2008
Subject: FW: Sullivan Amended Complaint

Derek and Geoff:

I have not heard from either of you regarding the Amended Complaint or the deposition dates. If you do not provide definitive responses on both issues by Monday noon, we will need to schedule a meet and confer, recorded, telephone call. I would like to do the call on Monday at 3:30 p.m. Thanks, Valerie

From: Valerie Sharpe [mailto:vsharpe@kellergrover.com]
Sent: Tuesday, May 27, 2008 12:48 PM
To: 'Derek Havel'
Cc: 'Eric A. Grover'; 'Geoff DeBoskey'
Subject: FW: Sullivan Amended Complaint

Derek:

I understand from your message on Friday that your client is still considering whether they will stipulate to amend the complaint. When will we have a definitive answer? Also, I am still waiting to hear from Geoff whether we can do June 30 and July 1 for the depos in Michigan. I want to get these dates on the calendar this week so I can make travel arrangements. Thanks, Valerie

From: Derek Havel [mailto:DHavel@sheppardmullin.com]
Sent: Thursday, May 22, 2008 3:13 PM
To: Valerie Sharpe
Subject: Sullivan Amended Complaint

Valerie,

7/9/2008

I got your voice-mail. I am having a call with my client tomorrow morning, and I will call you after that with regard to the proposed amended complaint. Thanks. Derek.

---

Sheppard Mullin <http://www.sheppardmullin.com/images/smrhlogo-mini.jpg>

333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
213.620.1780 office
213.620.1398 fax
www.sheppardmullin.com <http://www.sheppardmullin.com/>

Derek Havel

213.617.5424 direct | 213.443.2747 direct fax
DHavel@sheppardmullin.com | Bio <http://www.sheppardmullin.com/attorneys-318.html>

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

7/9/2008