# Exhibit F

# Exhibit F

**From:** Derek Havel [mailto:DHavel@sheppardmullin.com]
**Sent:** Wednesday, June 25, 2008 9:23 PM
**To:** Valerie Sharpe
**Subject:** RE: Second Amended Complaint

To follow-up on my rather abrupt response before, Kelly is unwilling at this time to stipulate to the amended complaint given the new legal theories, the new plaintiff and the fact that we are well past the Court ordered deadline for new claims or parties. As I indicated previously, the fact that we were past the Court ordered deadline was an issue with Kelly, but I believe the addition of the new party also added to the analysis. I'm in the office tomorrow if you wish to discuss.



333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
213.620.1780 office
213.620.1398 fax
www.sheppardmullin.com

**Derek Havel**
213.617.5424 direct | 213.443.2747 direct fax
DHavel@sheppardmullin.com | Bio

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Valerie Sharpe [mailto:vsharpe@kellergrover.com]
**Sent:** Wednesday, June 25, 2008 7:28 PM
**To:** Derek Havel
**Subject:** Second Amended Complaint
**Importance:** High

Is Kelly going to stipulate to the proposed amended complaint? We need to know ASAP so we can file motion for leave to amend or file a new lawsuit for the LC 1194 and 2802 claims.

Thanks,

Valerie L. Sharpe, Esq.
Of Counsel

7/10/2008

Keller Grover LLP
425 Second Street
Suite 500
San Francisco, CA 94107
(415) 543-1305 ext. 111
(415) 543-7861 (fax)
vsharpe@kellergrover.com

7/10/2008