# Exhibit G

# Exhibit G

# KELLER GROVER LLP

425 SECOND STREET, SUITE 500
SAN FRANCISCO, CALIFORNIA 94107
TELEPHONE: (415) 543-1305
FAX: (415) 543-7861

*Valerie L. Sharpe, Esq.*
*Of Counsel*
*(510) 569-6998 (direct)*
*vsharpe@kellergrover.com*

June 26, 2008

**BY FAX & U.S. MAIL**

Derek Havel, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071

Re:    <u>Sullivan v. Kelly Services, Inc.</u>

Dear Derek:

I understand from your email communication on June 25, 2008 that your client will not stipulate to the proposed second amended complaint. Rather than file a motion for leave to amend, we plan to simply file a second complaint on behalf of Ms. Sullivan alleging claims under Labor Code sections 203, 1194 and 2802. The new complaint will be filed on July 2, 2008, along with a notice of related cases. Of course, if Defendant decides to reconsider its position and would stipulate to the filing of the second complaint, a new complaint will not be necessary. If your client has a change in their position, please let me know by July 2.

Sincerely,

*Valerie Sharpe /s/*

VALERIE L. SHARPE