ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
**KELLER GROVER LLP**
425 Second St., Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861


Attorneys for Plaintiff
CATHERINE SULLIVAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: CV 07-02784 CW<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY CASE MANAGEMENT ORDER AND AMEND COMPLAINT** |

## [PROPOSED] ORDER

Upon consideration of the parties' briefs, oral argument of counsel, and all other competent and admissible evidence, the Court finds that Plaintiff Catherine Sullivan ("Plaintiff") has demonstrated good cause for allowing her to amend her complaint. The Court finds that granting Plaintiff's motion to amend her complaint will promote justice by allowing Plaintiff to fully pursue her claims against Defendant Kelly Services, Inc. ("Defendant"). Given that the parties have expended significant resources litigating the claims that Plaintiff proposes to add to her complaint, the Court further finds that the proposed amendment will not prejudice Defendant. Thus, Plaintiff's motion for leave to amend the complaint is hereby **GRANTED**. The Case Management Order is amended as follows:

1. Plaintiff shall file the Second Amended Complaint on or before _____.
2. Defendant shall file an Answer on or before _____.
3. Defendant shall be permitted to take additional class certification discovery regarding Plaintiff's Second Amended Complaint until _____.
4. Except to the extent expressly modified in this Order, all other deadlines set by the Court in its order of May 2, 2008, (Dkt. No. 36), shall remain the same.

**IT IS SO ORDERED.**


Dated:_____                    _____
                                             CLAUDIA WILKEN
                                             United States District Judge