ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
DENISE L. DIAZ (SBN 159516)
ddiaz@kellergrover.com
**KELLER GROVER LLP**
425 Second St., Suite 500
San Francisco, CA 94107
Telephone:  (415) 543-1305
Fax:  (415) 543-7861

Attorneys for Plaintiff
CATHERINE SULLIVAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>KELLY SERVICES, INC., and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No.:  C 07-02784 CW<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER RELATING CASES**<br><br>[Civil Local Rule 3-12(b)] |

**[PROPOSED] ORDER**

Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related was filed with this Court on August 29, 2008. Having considered the motion, and good cause appearing, the Court HEREBY GRANTS the motion. The matters captioned *Sullivan v. Kelly Services, Inc.*, Case No. C 07-02784 CW (N.D. Cal.), and *Sullivan v. Kelly Services, Inc.*, Case No. C 08-03893 EMC (N.D. Cal.), shall be deemed related to the above-captioned action and transferred to the Honorable Claudia Wilken.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                          CLAUDIA WILKEN
                                          United States District Judge